People v Greenfield (2025 NY Slip Op 03915)

People v Greenfield

2025 NY Slip Op 03915

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND HANNAH, JJ.

463 KA 23-01778

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JAYSON L. GREENFIELD, DEFENDANT-APPELLANT. 

RYAN JAMES MULDOON, AUBURN, FOR DEFENDANT-APPELLANT. 
JOHN NABINGER, DISTRICT ATTORNEY, WATERLOO (KEVIN URBAITIS OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Seneca County Court (Barry L. Porsch, J.), rendered October 4, 2023. The judgment convicted defendant upon his plea of guilty of criminal possession of a controlled substance in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the second degree (Penal Law § 220.18 [2]). We affirm.
We reject defendant's contention that his waiver of the right to appeal is invalid. Here, the oral waiver colloquy, which followed the appropriate model colloquy, establishes that defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Linda R.M., 236 AD3d 1488, 1488 [4th Dept 2025]; People v Smith, 164 AD3d 1621, 1621 [4th Dept 2018], lv denied 32 NY3d 1177 [2019]; see generally People v Thomas, 34 NY3d 545, 559-564 [2019], cert denied — US —, 140 S Ct 2634 [2020]). Defendant's valid waiver encompasses his challenge to the severity of the sentence (see People v Lopez, 6 NY3d 248, 256 [2006]; People v Bailey, 230 AD3d 1543, 1544 [4th Dept 2024], lv denied 42 NY3d 1034 [2024]; People v Foumakoye, 229 AD3d 1380, 1380 [4th Dept 2024], lv denied 42 NY3d 970 [2024]).
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court